CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD BROWN,<br>Plaintiff, | Civil Action No. 7:08-cv-00597 |
| v. | **FINAL ORDER** |
| DEBORAH MCKNIGHT,<br>FOOD SERVICE DIRECTOR,<br>Defendant. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 5th day of December, 2008.

/s/ Glen Conrad
United States District Judge